UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN FELTON,<br><br>            Plaintiff,<br><br>    vs.<br><br>J. LOPEZ, et al.,<br><br>            Defendants. | 1:12-cv-01066-AWI-GSA-PC<br><br>ORDER VACATING ORDER DIRECTING SERVICE<br>(Doc. 15.)<br><br>ORDER FOR CLERK TO SERVE A COPY OF THIS ORDER ON THE MARSHALS SERVICE IN SACRAMENTO |

   Kelvin Felton ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on June 29, 2012.  (Doc. 1.)  The Court screened the Complaint pursuant to 28 U.S.C. § 1915A and issued an order on February 13, 2013, finding that Plaintiff states cognizable claims in the Complaint against defendants Harrison and Lopez ("Defendants").  (Doc. 11.)  On March 4, 2013, the Court issued an order directing the United States Marshal to serve a copy of the Complaint on the Defendants.  (Doc. 15.)

   On April 19, 2013, with leave of court, Plaintiff filed the First Amended Complaint. (Doc. 22.)  Under these circumstances, the Court shall vacate the order directing service, pending screening of the First Amended Complaint pursuant to 28 U.S.C. § 1915A.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Court's order of March 4, 2013, which directed the United States Marshal to serve process upon Defendants in this action, is VACATED; and

2.     The Clerk is DIRECTED to serve a copy of this order on the United States Marshals Service in Sacramento.

IT IS SO ORDERED.

    Dated:   **April 22, 2013**                                    **/s/ Gary S. Austin**
                                                                                    UNITED STATES MAGISTRATE JUDGE