UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN FELTON,<br><br>          Plaintiff,<br><br>     vs.<br><br>J. LOPEZ, et al.,<br><br>          Defendants. | 1:12-cv-01066-AWI-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 58.)<br><br>ORDER DENYING DEFENDANT LOPEZ'S MOTION FOR SUMMARY JUDGMENT BASED ON FAILURE TO EXHAUST REMEDIES FOR CLAIMS IN SUPPLEMENTAL COMPLAINT<br>(Doc. 50.) |

Kelvin Felton ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2015, findings and recommendations were entered, recommending that Defendant Lopez's motion for summary judgment be denied.  (Doc. 58.)  The parties were granted an opportunity to file objections to the findings and recommendations within thirty days.  To date, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on January 23, 2015, are ADOPTED IN FULL; and
2. Defendant Lopez's motion for summary judgment based on Plaintiff's failure to exhaust remedies for his claims in the Supplemental Complaint, filed on August 14, 2014, is DENIED.

IT IS SO ORDERED.

Dated:   March 3, 2015

_____
SENIOR DISTRICT JUDGE