UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN FELTON,<br><br>        Plaintiff,<br><br>   vs.<br><br>J. LOPEZ, et al.,<br><br>        Defendants. | 1:12-cv-01066-AWI-GSA-PC<br><br>ORDER GRANTING MOTION FOR SCREENING ORDER<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT<br><br>(Doc. 69.) |

## I.  BACKGROUND

Kelvin Felton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on June 29, 2012.  (Doc. 1.)  The court screened the Complaint under 28 U.S.C. § 1915A and issued an order on February 13, 2013, finding that Plaintiff stated cognizable claims for use of excessive force against defendants Correctional Officer (C/O) J. Lopez and C/O S. Harrison ("Defendants").  (Doc. 11.)  On April 19, 2013, with leave of court, Plaintiff filed a Supplemental Complaint.  (Doc. 22.)

On May 2, 2014, defendant Lopez filed a motion to dismiss the Supplemental Complaint for failure to state a claim, and defendant Harrison filed an Answer.  (Docs. 38, 39.)  On August 14, 2014, defendant Lopez filed a motion for summary judgment as to the Supplemental Complaint, based on exhaustion.  (Doc. 50.)  On March 4, 2015, the court denied

defendant Lopez's motion for summary judgment, and on March 5, 2015, the court denied defendant Lopez's motion to dismiss. (Docs. 66, 67.) Plaintiff was granted leave to file a First Amended Complaint, and Defendants were ordered to file an Answer within thirty days of the date the First Amended Complaint was filed. (Doc. 67.) On March 5, 2015, Plaintiff filed the First Amended Complaint. (Doc. 68.)

On April 3, 2015, Defendants filed a motion requesting the court to screen Plaintiff's First Amended Complaint under 28 U.S.C. § 1915A and grant Defendants an extension of time to file a responsive pleading. (Doc.69.) In the alternative, Defendants request the court to dismiss the First Amended Complaint for failure to state a claim. (Id.)

## II. DEFENDANTS' MOTION FOR SCREENING AND EXTENSION OF TIME

Defendants inform the court that it does not appear that the court screened the First Amended Complaint under 28 U.S.C. § 1915A. Defendants request the court to screen the First Amended Complaint and grant Defendants an extension of time in which to file a responsive pleading.

Defendants are correct that the court is required to screen complaints in civil actions in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Plaintiff's First Amended Complaint alleges that Defendants, employees of the California Department of Corrections and Rehabilitation (CDCR) at the California Substance Abuse Treatment Facility and State Prison in Corcoran, California, violated his rights under the United States Constitution. Because Plaintiff is a prisoner and Defendants were employees of the CDCR when the alleged events occurred, the court is required to screen the First Amended Complaint. Therefore, Defendants' motion for a screening order shall be granted. In addition, good cause appearing, the motion for extension of time shall also be granted.

## III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Defendants' motion for the court to screen the First Amended Complaint is GRANTED, and the court shall issue a screening order in due time; and

2. Good cause appearing, Defendants are GRANTED an extension of time until thirty days from the date of service of the court's screening order, in which to file a response to the First Amended Complaint.

IT IS SO ORDERED.

   Dated:   **April 6, 2015**           **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE